UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGER BELL JR,

                Plaintiff,

    - against -

ACK TOWING & TRANSPORTATION,
ANDREW CHRISTOPHER KAMEN OS
JR. and JUAN PABLO PASTOR,

                Defendants.

**ORDER**

20 Civ. 0040 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The initial pretrial conference currently scheduled for May 7, 2020 is adjourned to **June 18, 2020 at 10:15 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

.

Dated: New York, New York
        May 1, 2020

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge