```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Roger Bell Jr.,

                Plaintiff,

-against-

ACK Towing & Transportation et al.,

                Defendants.

1:20-cv-00040 (PGG) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      In accordance with the Court's June 22, 2020 Order (ECF No. 8), the parties were to file a proposed case management plan at least one week prior to the Initial Pretrial Conference, which is scheduled for Wednesday, July 22, 2020 at 2:00 p.m. The parties shall file their proposed case management plan no later than 2:00 p.m. tomorrow, July 21, 2020. The parties are reminded that failure to comply with Court Orders may result in the imposition of sanctions.

      It is further Ordered that counsel for Defendants shall update his contact information on ECF no later than 2:00 p.m. tomorrow.

**SO ORDERED.**

DATED:      New York, New York
              July 20, 2020

                                                    _____
                                                      STEWART D. AARON
                                                      United States Magistrate Judge