UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Roger Bell Jr.,

                      Plaintiff,

-against-

ACK Towing & Transportation et al.,

                      Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/2021
```

1:20-cv-00040 (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

        In accordance with the Court's February 16, 2021 Order (ECF No. 19), all discovery closed on Friday, September 3, 2021. The parties are reminded that any dispositive motion shall be filed no later than Monday, October 18, 2021.

**SO ORDERED.**

DATED:      New York, New York
                September 7, 2021

_____
STEWART D. AARON
United States Magistrate Judge