```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Roger Bell Jr.,

                Plaintiff,

-against-

ACK Towing & Transportation et al.,

                Defendants.

1:20-cv-00040 (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    In accordance with the Court's September 7, 2021 Order (ECF No. 20), the deadline for dispositive motions has now passed. No later than Wednesday, October 27, 2021, the parties shall file to the ECF docket a joint letter advising the Court whether they would like to be referred to the S.D.N.Y. Mediation Program and, if not, proposing a deadline for a Joint Pretrial Order.

**SO ORDERED.**

Dated:    New York, New York
           October 20, 2021

_____
STEWART D. AARON
United States Magistrate Judge