UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Roger Bell Jr.,

                Plaintiff,

-against-

ACK Towing & Transportation et al.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/2021
```

1:20-cv-00040 (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    The parties are directed to appear for a telephone conference on Monday, November 8, 2021, at 2:00 p.m. EST to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. This telephone conference will be cancelled if, prior to November 8, 2021, the parties file a stipulation of voluntary dismissal curing the deficiencies noted by the Clerk of Court regarding the stipulation filed at ECF No. 24.

SO ORDERED.

Dated:    New York, New York
            November 1, 2021

                                            _/s/ Stewart D. Aaron_____
                                            STEWART D. AARON
                                            United States Magistrate Judge